ROSE MINEO, as Administratrix, etc., of PETER MINEO, Deceased, Respondent, v. EXPORT STEAMSHIP CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

HERMAN MULLER, Respondent, v. GARDEN CITY BANK, Appellant. LUCA IRACE and NATIONAL SURETY COMPANY, Vouched in to Defend, Appellants.— Order granting plaintiff's motion for summary judgment and judgment entered thereon reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Defendant Irace's answer revealed a triable issue of fact with regard to the reason why payment on the check was stopped by him. Moreover, the record herein reveals that there was no consideration for the check in view of the fact that no contract of sale of the property involved was executed by the plaintiff and defendant Irace at the time payment upon the check was stopped. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

WARREN J. LOCKWOOD, Respondent, v. HERMANN A. VEIT, Appellant, and AMERICAN EXCHANGE IRVING TRUST COMPANY, as Trustee under Agreement of Trust between WILLIAM H. BARNARD and IRVING NATIONAL BANK OF NEW YORK, Defendant.— Order appointing receiver and directing that defendant Veit deposit with such receiver a sum stated affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

ROBERT NEADERLAND, Respondent, v. ALBERT HEILBRONN, Appellant.— Order denying defendant's motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of a copy of the order herein upon such payment. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

ISADORE OLTSIK, Respondent, v. IRENE OLTSIK, Appellant.— Order modified by striking out the provision that the arrearage, amounting to $201, be fully paid on or before October 1, 1930, and as so modified affirmed, without costs. The motion was one to punish for contempt. Defendant asked for no affirmative relief and this provision in the order is, in the circumstances, unauthorized. (Barrett v. Barrett, 221 App. Div. 710.) Rich, Young, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents upon the ground that in his opinion defendant was clearly guilty of contempt and should have been punished accordingly.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR ANDERSON, Appellant.— Judgment of conviction of the County Court of Nassau county affirmed. No opinion. Young, Hagarty and Carswell, JJ., concur; Lazansky, P. J., and Kapper, J., dissent.